RIVERSIDE LUMBER CO. *v.* THOMAS S. HAMPTON, contractor, and JOHN F. RUTH, owner.

*Mechanic's Lien—Structure—Fence.*

A fence is a structure within the meaning of the Mecanic's Lien Law, but no part of a brick house which it adjoins or on the same property.

*(New Castle, May 26, 1887.)*

SCIRE FACIAS SUR LE MECHANIC'S LIEN.

Statement of the claim for lumber furnished to Hampton, contractor, and John F. Ruth, owner or reputed owner, for building three three-story brick houses, on southerly side of Linden street, near Franklin street, Wilmington.

Joseph Bellah, testified. Is treasurer of the company, it furnished the lumber for them and as delivered it was charged for on the books of the company. Its book of original entries was produced and proved by witness.

The question arose whether the materials furnished for a fence for the aforesaid properties were included in the lien.

*Charles B. Lore* and *Harry Emmons*, for plaintiff.

*Johnson* and *Hayes*, for defendants.

COMEGYS, C. J., charged the jury:

That the materials furnished for the fence were not covered by the claim as filed in the case, which was for materials furnished for the three brick houses specified in it, a fence being a structure within the meaning of the statute, but not a brick house or any part of it, unless so stated in the claim.

Verdict for the plaintiff.